Kathryn J. Halford (CA Bar No. 68141)
*khalford@wkclegal.com*
Michael R. Odoca (CA Bar No. 260022
*modoca@wkclegal.com*
**WOHLNER KAPLON CUTLER**
**HALFORD ROSENFELD & LEVY**
16501 Ventura Boulevard, Suite 304
Encino, CA  91436
Telephone: (818) 501-8030 ext. 331
Facsimile: (818) 501-5306

Attorneys for Plaintiff, Board of Trustees of the
Teamsters Miscellaneous Security Trust Fund

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

## Western Division

| | |
|---|---|
| BOARD OF TRUSTEES OF THE TEAMSTERS MISCELLANEOUS SECURITY TRUST FUND in their capacity as fiduciaries for the TEAMSTERS MISCELLANEOUS SECURITY TRUST FUND,<br><br>Plaintiff,<br><br>v.<br><br>FOESBERG LAUNDRY AND CLEANERS, INC., a California corporation, and DOES 1 through 10, inclusive.<br><br>Defendant. | CASE NO. 2:13-cv-06858-JAK (GJSx)<br><br>*Hon. John A. Kronstadt*<br><br>**RENEWAL OF JUDGMENT BY CLERK** |

THE JUDGMENT DEBTOR, FOESBERG LAUNDRY AND CLEANERS, INC., a California corporation, having Judgment entered against them on September 2, 2014:

Now, upon the application of BOARD OF TRUSTEES OF THE TEAMSTERS MISCELLANEOUS SECURITY TRUST FUND in the capacity as fiduciaries for the TEAMSTERS MISCELLANEOUS SECURITY TRUST FUND ("Plaintiff") and upon declaration that Defendant has failed to pay the total amount of said Judgment; and that Defendant is indebted to Plaintiff;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment against Defendant be renewed in the amount of $91,443.85 which is broken down as follows:

a. Judgment Renewal.....................................................$131,489.05
b. Credits after Judgment................................................$41,500.00
c. Post Judgment Interest from September 2, 2014 through August 16, 2024........................................................................ $ 1,454.80
   Total........................................................................$91,443.85

Dated: 8/22/2024

CLERK,
UNITED STATES DISTRICT COURT

Presented by:
WOHLNER KAPLON CUTLER
HALFORD ROSENFELD & LEVY

DATED: August 16, 2024     **WOHLNER KAPLON CUTLER**
                           **HALFORD ROSENFELD & LEVY**

                    By: _____
                        Kathryn J. Halford
                        Attorney for Plaintiffs,
                        Board of Trustees of the Teamsters
                        Miscellaneous Security Trust Fund